THE OSTBY & BARTON COMPANY *vs.* WILLIAM J. GOLDMAN.

PROVIDENCE—APRIL 28, 1899.

PRESENT: Matteson, C. J., Stiness and Tillinghast, JJ.

(1) *Lis Pendens.*

The mere pendency of a suit in one State cannot be pleaded in abatement or bar of a second action in another State between the same parties for the same cause of action.

ASSUMPSIT ON BOOK ACCOUNT. Heard on demurrer of plaintiff to defendant's plea of *lis pendens.* Demurrer sustained.

PER CURIAM. The defendant pleads the pendency of an action against him in Massachusetts for the same cause upon which this action is based. The mere pendency of a suit in one State cannot be pleaded in abatement or in bar of a second action in another State between the same parties for the same cause of action. Black. Judg. § 865 and cases cited; *Stanton* v. *Embry*, 93 U. S. 548; *Allen* v. *Watt*, 69 Ill. 655;

*Cole* v. *Flitcraft*, 47 Md. 312 ; *Paine* v. *Schenectady Co.,*
11 R. I. 411.

Plaintiff's demurrer to plea of *lis pendens* sustained.

*Cooke & Angell,* for plaintiff.

*Page & Page,* for defendant.